

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00005-CV

**IN RE CROSS INTEGRATED TRANSPORT, LLC**, Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: January 20, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator has filed a petition for writ of mandamus. For mandamus, a relator has the burden to show "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the mandamus petition and record, we conclude relators have not satisfied their burden. Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI20120, styled *Gabriel Garcia, Jonathan Elswood, and Ronald Smith v. Benigno Alvarez, D/B/A Alvarez Trucking, Luis Enrique Cabrera Martinez, and Cross Integrated Transport, LLC*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.